UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE JILL L. BURKHARDT TO MAGISTRATE JUDGE DANIEL E. BUTCHER** | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following cases are transferred from the calendar of the Honorable Jill L. Burkhardt, to the calendar of the Honorable Daniel E. Butcher, for all further proceedings. All **settlement conference dates** set before Judge Burkhardt, if any, shall be transferred to the calendar of Judge Butcher. All other dates and deadlines, if any, **remain unchanged**.

1. 20-cv-00728-AJB-JLB, *Alcala v. Saul*
2. 20-cv-00405-JAH-JLB, *Warren v. Parsons, et al.*
3. 20-cv-00909-BAS-JLB, *Shamoun v. People of the State of CA*
4. 20-cv-01037-L-JLB, *Ochoa, et al. v. San Diego County Credit Union, et al.*
5. 19-cv-02313-BAS-JLB, *Silva v. Ygrene Energy Fund, Inc., et al.*
6. 18-cv-02162-AJB-JLB, *Sivilli v. Wright Medical Technology, Inc., et al.*

7. 19-cv-01404-LAB-JLB, *Kelley, et al. v. San Diego County Health and Human Services Agency, et al.*

8. 20-cv-01130-JLS-JLB, *RMC Construction and Roofing, Inc. v. I.E. Pacific, Inc., et al.*

Dated:  June 29, 2020

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge